IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUL -7 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 04-20398-MI |
| JAMES LONG, | ) | |
|     Defendant. | ) | |

ORDER TRANSFERRING CASE FOR DISPOSITION

On July 6, 2005, defendant James Long withdrew his plea of not guilty and entered a plea of guilty as to Count 1 of the Indictment in this case before the Honorable Bernice B. Donald. Accordingly, this case is hereby TRANSFERRED to Judge Donald for sentencing, which has been set for October 6, 2005, in Courtroom No. 1.

IT IS SO ORDERED this 7 day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 7-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20398 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT